

1
2
3
4
5
6
7
8
9
10
11
12                     UNITED STATES DISTRICT COURT
13                    SOUTHERN DISTRICT OF CALIFORNIA
14
15   UNITED STATES OF AMERICA,           )
                                          ) Cr. No. 08-0687GT
16             Plaintiff,                )
                                          )
17        v.                              ) **ORDER**
                                          )
18   NOEL BASALDUA-LOPEZ,                )
                                          )
19             Defendant.                )
                                          )
20

21        On April 30, 2008, Defendant, Noel Basaldua-Lopez ("Mr. Basaldua"), filed a Motion to
22   Amend Order. Specifically, Mr. Basaldua requests this Court to amend its prior order for a
23   presentence report. Even though the plea agreement calls for a stipulated sentence, this Court is
24   not bound by that plea agreement. This Court ordered a presentence report to obtain all the
25   information about Mr. Basaldua so that the Court can appropriately consider all the factors of 18
26   U.S.C. § 3553 (a). Accordingly,
27   //
28   //

**IT IS ORDERED** that Mr. Basaldua's Motion to Amend Order is **DENIED.**

**IT IS SO ORDERED.**

5-1-08
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel